IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARLAND CLARKE HOLDINGS CORP. <br> And SCANTRON CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL MILKEN and <br> KALYANARAMAN SRINIVASAN <br><br> Defendants. | Civil Action No. 14-138-GMS |

## JUDGMENT

For the reasons set forth in the Court's Order dated March 4, 2015 (D.I. 177);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against Plaintiffs.

Dated: 3/31/2015

_____
United States District Judge

_____
(By) Deputy Clerk